IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

STACEY PALAZZO, MARK PALAZZO, and LIA PALAZZO,

          Plaintiffs,

-vs-                                      Case No. A-16-CA-303-SS

HCC LIFE INSURANCE COMPANY,
          Defendant.

_____

## O R D E R

BE IT REMEMBERED on this day the Court was presented with the Joint Stipulation of Voluntary Dismissal with Prejudice [#16] filed by Plaintiffs Stacey Palazzo, Mark Palazzo, and Lia Palazzo and Defendant HCC Life Insurance Company in the above-styled and numbered cause. After considering the Joint Stipulation, the Court enters the following order:

      IT IS ORDERED that the Joint Stipulation of Voluntary Dismissal with Prejudice [#16] is GRANTED in all respects and all claims of the Plaintiffs against Defendant are dismissed with prejudice.

SIGNED this the 10th day of November 2016.

                                            _____
                                            SAM SPARKS
                                            UNITED STATES DISTRICT JUDGE